UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHARLES ARRIGONI, as next friend and Personal representative of the Estate of CAMERON ARRIGONI, and Estate in the County of Penobscot, State of Maine, </br></br> Plaintiff, </br></br> v. </br></br> CHRISTIAN BAILEY, TOWN OF HAMPDEN, and CHIEF JOSEPH ROGERS </br></br> Defendants | Case No. _____ |

**NOTICE OF REMOVAL OF DEFENDANTS**

NOW COMES Defendants Christian Bailey, Town of Hampden and Chief Joseph Rogers, by and through undersigned counsel, and brings this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 and F.R.Civ.P. 81(c). The representations set forth below are made under Rule 11 of the Federal Rules of Civil Procedure.

1. This cause of action was commenced in Maine Superior Court for Penobscot County on or about June 1, 2015, by the filing of a Complaint in that court. The Superior Court docket number is BANSC-CV-2015-00098.

2. This is a civil action in which Plaintiff brought claims pursuant to 42 U.S.C. § 1983 and 5 M.R.S.A. §4682.

3. Defendant is filing contemporaneously herewith a copy of all documents filed in the Superior Court.

1

4. This Notice of Removal is filed within twenty (20) days after Defendant's receipt of a copy of the complaint which sets forth the federal claims that form the basis for removal.  42 U.S.C. § 1983.

5. Defendant therefore prays for removal of the above-entitled case from the state court to this Court.


DATED:  June 22, 2015                                   */s/ Edward R. Benjamin, Jr.*
                                                      Edward R. Benjamin, Jr.
                                                      Drummond Woodsum & MacMahon
                                                      84 Marginal Way, Suite 600
                                                      Portland, Maine 04101-2480
                                                      (207)772-1941
                                                      ebenjamin@dwmlaw.com
                                                      Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2015, I electronically filed a Notice of Removal of Defendants Christian Bailey, Town of Hampden and Chief Joseph Rogers with the Clerk of Court via e-mail at newcases.bangor@med.uscourts.gov.  I also certify that I made service of the foregoing, by depositing a true copy of same, on this date, in the U.S. Mail, postage prepaid to:

> Verne E. Paradie, Jr., Esq.
> Paradie, Sherman, Walker & Worden
> 11 Lisbon Street, Suite 202
> Lewiston, ME  04240

*/s/Edward R. Benjamin, Jr.*
Attorney for Defendants