UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHARLES ARRIGONI, as next friend and Personal representative of the Estate of CAMERON ARRIGONI<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN BAILEY, et al.<br><br>    Defendants. | )<br>)<br>)<br>)  Case No. 1:15-cv-00241-DBH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Now come the parties in this matter, by and through undersigned counsel, and hereby stipulate to the dismissal of all claims against Defendants Christian Bailey, the Town of Hampden, and Chief Joseph Rogers, pursuant to F.R.Civ.P. 41(a)(1)(ii).  The dismissal shall be with prejudice, and without costs to any party.

Dated:  November 24, 2015

/s/ *Verne E. Paradie, Jr.*
Verne E. Paradie, Jr., Esq.
Counsel for Plaintiffs
Paradie, Sherman, Walker & Worden
11 Lisbon Street, Suite 202
Lewiston, ME 04240
(207) 344-9362


/s/ *Edward R. Benjamin, Jr.*
Edward R. Benjamin, Jr., Esq.
Kasia S. Park, Esq.
Counsel for Defendants
Drummond Woodsum & MacMahon
84 Marginal Way, Suite 600
Portland, ME
(207) 772-1941

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015, I electronically filed the Stipulation of Dismissal with the Clerk of CM/ECF system, which will send notification of such filings to all counsel of record.

                                                 */s/Verne E. Paradie, Jr.*
                                                 Counsel for Plaintiffs